# Exhibit 1

# United States of America

## United States Patent and Trademark Office

# NETFLIX

**Reg. No. 6,119,305**

**Registered Aug. 04, 2020**

**Int. Cl.: 30**

**Trademark**

**Principal Register**

Netflix, Inc. (DELAWARE CORPORATION)
100 Winchester Circle
Los Gatos, CALIFORNIA 95032

CLASS 30: Bakery goods; candy; cookies; edible ices; frozen confections; ice cream; sugar and sugar substitutes

FIRST USE 7-4-2019; IN COMMERCE 7-4-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3171517, 4788783, 2552950

SER. NO. 87-479,532, FILED 06-07-2017



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address  and  Change of Owner  Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# NETFLIX

**Reg. No. 4,953,701**

**Registered May 10, 2016**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

NETFLIX, INC. (DELAWARE CORPORATION)
100 WINCHESTER CIRCLE
LOS GATOS, CA 95032

FOR: SOFTWARE FOR STREAMING AUDIOVISUAL AND MULTIMEDIA CONTENT VIA THE INTERNET AND GLOBAL COMMUNICATIONS NETWORKS; SOFTWARE FOR STREAMING AUDIOVISUAL AND MULTIMEDIA CONTENT TO MOBILE DIGITAL ELECTRONIC DEVICES; SOFTWARE FOR SEARCHING, ORGANIZING, AND RECOMMENDING MULTIMEDIA CONTENT; COMPUTER SOFTWARE, NAMELY, SOFTWARE DEVELOPMENT TOOLS FOR CREATING SOFTWARE AND MOBILE APPLICATIONS; HARDWARE FOR STREAMING AUDIOVISUAL AND MULTIMEDIA CONTENT VIA THE INTERNET AND GLOBAL COMMUNICATIONS NETWORKS, NAMELY, DIGITAL MEDIA STREAMING DEVICES, DIGITAL VIDEO RECORDERS, DVD AND HIGH DEFINITION VIDEO DISC PLAYERS, HOME THEATER SYSTEMS COMPRISED OF AUDIO AND VIDEO RECEIVERS AND DISC PLAYERS; TELEVISIONS, AND TELEVISION SET-TOP BOXES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-0-2010; IN COMMERCE 4-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,552,950, 3,299,362, AND 4,236,137.

SER. NO. 86-361,294, FILED 8-8-2014.

LAURA FIONDA, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# NETFLIX

**Reg. No. 5,961,936**

**Registered Jan. 14, 2020**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Netflix, Inc.  (DELAWARE CORPORATION)
100 Winchester Circle
Los Gatos, CALIFORNIA 95032

CLASS 18: All-purpose carrying bags; all-purpose sport bags; athletic bags; baby backpacks; backpacks; beach bags; book bags; coin purses; diaper bags; duffel bags; handbags; knapsacks; luggage; messenger bags; overnight bags; pocketbooks; purses; satchels; shopping bags made of leather, mesh or textile; tote bags; traveling bags; waist packs; wallets

FIRST USE 11-00-2018; IN COMMERCE 11-00-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3171517, 4788783, 2552950

SER. NO. 87-479,465, FILED 06-07-2017



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# NETFLIX

**Reg. No. 5,978,610**

**Registered Feb. 04, 2020**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Netflix, Inc. (DELAWARE CORPORATION)
100 Winchester Circle
Los Gatos, CALIFORNIA 95032

CLASS 14: Imitation jewelry; jewelry; jewelry charms in precious metals; jewelry boxes and cases; key chains; non-monetary coins; ornamental lapel pins; precious metals and their alloys; sculptures made of precious metal

FIRST USE 7-00-2019; IN COMMERCE 7-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3171517, 4788783, 2552950

SER. NO. 87-479,396, FILED 06-07-2017



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# NETFLIX

**Reg. No. 6,024,526**

**Registered Mar. 31, 2020**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Netflix, Inc. (DELAWARE CORPORATION)
100 Winchester Circle
Los Gatos, CALIFORNIA 95032

CLASS 9: Software for streaming audiovisual and multimedia content via the internet and global communications networks; software for streaming audiovisual and multimedia content to mobile digital electronic devices; software for searching, organizing, and recommending multimedia content; software development tools for creating software and mobile applications; computer software for creating and providing user access to searchable databases of information and data; computer software for wireless content delivery; computer software for purchasing, accessing, and viewing movies, TV shows, videos, and multimedia content; computer software featuring learning activities; mobile applications for accessing and streaming audiovisual and multimedia content via the internet and global communications networks; video game software; computer game software; downloadable computer games; interactive video game programs; computer game cartridges and discs; downloadable computer game software for use with mobile telephones, tablets and personal computers; electronic game programs; electronic game software for mobile telephones, tablets, personal computers, and handheld electronic devices; downloadable ringtones and sound recordings featuring music, all for wireless communications devices; CDs and DVDs featuring fiction and non-fiction stories on a variety of topics, music, dramatic performances, non-dramatic performances, learning activities for children, and games; downloadable motion pictures and television shows featuring fiction and non-fiction stories on a variety of topics provided via a video-on-demand service; downloadable motion pictures and television shows in the fields of action adventure, animation, anime, biography, classics, comedy, crime, documentary, drama, faith, family, fantasy, film-noir, history, horror, international, musical, mystery, romance, science fiction, sports, thrillers, war, and westerns; audio books featuring fiction and non-fiction stories on a variety of topics; audio and visual recordings featuring music, stories, dramatic performances, non-dramatic performances, live-action entertainment, animated entertainment, learning activities for children, and games; musical recordings; apparatus for recording, transmission or reproduction of sound and images; encoded electronic chip cards containing musical recordings; magnetically encoded gift cards; downloadable electronic newsletters in the field of entertainment; digital media streaming devices; digital video recorders; DVD and high definition video disc players; televisions; television set-top boxes; cameras; accessories for mobile phones, laptops, tablets, digital cameras, digital music players, smartwatches, personal digital assistants, and electronic book readers, namely, protective sleeves, covers, cases, faceplates, skins, and straps, headphones; walkie-talkies; eyewear; eyeglasses; sunglasses; decorative magnets

FIRST USE 7-00-2019; IN COMMERCE 7-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

Director of the United States
Patent and Trademark Office



OWNER OF U.S. REG. NO. 4953701, 4788783, 2552950

SER. NO. 87-479,311, FILED 06-07-2017

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# NETFLIX

**Reg. No. 6,119,304**

**Registered Aug. 04, 2020**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Netflix, Inc. (DELAWARE CORPORATION)
100 Winchester Circle
Los Gatos, CALIFORNIA 95032

CLASS 21: Bakeware; beverage glassware; beverageware; bowls; canteens; coasters not of paper or textile; coffee cups; containers for household use; cookie jars; cups; decorative plates; dinnerware; dishes; drinking cups for babies and children; drinking flasks; drinking straws; drinking vessels; figurines or busts made of china, ceramic, crystal, earthenware, glass, or porcelain; hair brushes; hair combs; heat-insulated vessels; lunch boxes; lunch kits consisting of lunch boxes and insulated containers for food and beverages; mugs; non-electric portable coolers; oven mitts; paper plates; piggy banks; plastic dishes; plates; serving trays; servingware for serving food; sports bottles sold empty; thermal insulated containers for food or beverage; vacuum bottles

FIRST USE 2-00-2020; IN COMMERCE 2-00-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3171517, 4788783, 2552950

SER. NO. 87-479,476, FILED 06-07-2017



Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# NETFLIX

**Reg. No. 6,119,528**

**Registered Aug. 04, 2020**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Netflix, Inc. (DELAWARE CORPORATION)
100 Winchester Circle
Los Gatos, CALIFORNIA 95032

CLASS 16: Calendars; greeting cards; posters; paper; stationery; stickers; bumper stickers; decals; art prints; framed art pictures; markers; pencils; pencil erasers; pencil sharpeners; pens; ballpoint pens; felt pens; gift wrapping paper; gift bags; paper party decorations; paper cake decorations; decorative paper centerpieces; printed invitations; collectible trading cards; temporary tattoo transfers; paper napkins; handkerchiefs and table linen of paper; party goodie bags of paper or plastic; plastic shopping bags; dry erase writing boards and writing surfaces; packaging boxes of paper; notebooks; appointment books; craft paper; folders for paper; paperweights; flash cards; bookmarks; passport holders; diaries; daily planners; easels; children's activity books; coloring books; series of fiction books; books featuring stories, games, and activities for children; graphic novels; comic books; books and magazines featuring characters from animated, action adventure, comedy and/or drama motion pictures and television shows; non-magnetically encoded gift cards; holders for non-magnetically encoded gift cards; gift boxes containing note cards

FIRST USE 12-00-2019; IN COMMERCE 12-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3171517, 4788783, 2552950

SER. NO. 87-983,236, FILED 06-07-2017



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address  and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

### United States Patent and Trademark Office

## NETFLIX

**Reg. No. 6,119,529**

**Registered Aug. 04, 2020**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Netflix, Inc. (DELAWARE CORPORATION)
100 Winchester Circle
Los Gatos, CALIFORNIA 95032

CLASS 28: Action figures; action skill games; amusement game machines; balloons; balls, namely, balls for sports, play balls, rubber balls, and inflatable balls; board games; bobblehead dolls; card games; Christmas tree decorations; costume masks; doll accessories; dolls; doll houses; drawing toys; hand held units for playing electronic games; inflatable toys; party favors in the nature of small toys and toy noisemakers; party games; paper party favors; pet toys; pinball machines and pinball-type games; playing cards; playsets for action figures; plush toys; puzzles; role-playing games; skateboards; snow globes; spinning tops; swim floats for recreational use; toy construction sets; toy figures; toy scale model kits; toy vehicles; toys, namely, children's dress-up accessories; video game machines; video game interactive remote control units; water toys; yo-yos

FIRST USE 7-4-2019; IN COMMERCE 7-4-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3171517, 4788783, 2552950

SER. NO. 87-983,238, FILED 06-07-2017



Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# NETFLIX

**Reg. No. 6,119,530**

**Registered Aug. 04, 2020**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Netflix, Inc.  (DELAWARE CORPORATION)
100 Winchester Circle
Los Gatos, CALIFORNIA 95032

CLASS 25: Clothing, namely, beachwear, belts, blouses, bottoms, coats, dresses, gowns, hoodies, hosiery, infant wear, jackets, jogging suits, leggings, loungewear, pajamas, pants, ponchos, raincoats, rainwear, shirts, shorts, skirts, sleepwear, sweaters, sweatpants, sweatshirts, swimsuits, swimwear, t-shirts, tops, underwear, vests; headwear, namely, caps, hats, skullies, and visors; footwear, namely, shoes, slippers, and socks; costumes for use in children's dress-up play; costume accessories, namely, novelty headwear with integrated wigs; Halloween and masquerade costumes

FIRST USE 7-4-2019; IN COMMERCE 7-4-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3171517, 4788783, 2552950

SER. NO. 87-983,239, FILED 06-07-2017





Director of the United States
Patent and Trademark Office

<div style="border:1px solid black;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS)  Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# NETFLIX

**Reg. No. 6,169,891**

**Registered Oct. 06, 2020**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Netflix, Inc. (DELAWARE CORPORATION)
100 Winchester Circle
Los Gatos, CALIFORNIA 95032

CLASS 3: Cosmetics; lipstick; lip balms and lip gloss; eye shadow;make-up kits comprised of lipstick, lip gloss, lip liners, foundations, powders, eyeshadows, brow gels/tints, mascara, eyeliner, bronzers, blushes, and/or concealers; skin masks; hair care products, namely, hair mousse, hair gel, hair wax, hair dye, hair soap, and heat protection sprays; hair shampoos; hair care preparations; bath and shower gels; skin lotions; skin creams

FIRST USE 2-14-2020; IN COMMERCE 2-14-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3299362, 4788783, 2552950

SER. NO. 87-983,400, FILED 06-07-2017



Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# NETFLIX

**Reg. No. 6,262,210**

**Registered Feb. 02, 2021**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Netflix, Inc. (DELAWARE CORPORATION)
100 Winchester Circle
Los Gatos, CALIFORNIA 95032

CLASS 28: Memory games; musical toys; paper party hats

FIRST USE 7-1-2020; IN COMMERCE 7-1-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3171517, 4788783, 2552950

SER. NO. 87-479,493, FILED 06-07-2017







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 3,171,517**

## United States Patent and Trademark Office

Registered Nov. 14, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# NETFLIX

NETFLIX, INC. (DELAWARE CORPORATION)
100 WINCHESTER CIRCLE
LOS GATOS, CA 95032

FOR: CAPS; GLOVES; HOSIERY; JACKETS; PANTS; SCARVES; SHIRTS; SHORTS; SLIPPERS; SWEAT PANTS; SWEAT SHIRTS; SWEATERS; T-SHIRTS; TIES; VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-14-1998; IN COMMERCE 4-14-1998.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-787,630, FILED 1-9-2006.

THEODORE MCBRIDE, EXAMINING ATTORNEY

**Int. Cl.: 38**

**Prior U.S. Cls.: 100, 101, and 104**

**Reg. No. 3,299,362**

**United States Patent and Trademark Office**    Registered Sep. 25, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

# NETFLIX

NETFLIX, INC. (DELAWARE CORPORATION)

100 WINCHESTER CIRCLE

LOS GATOS, CA 95052

FOR: VIDEO-ON-DEMAND TRANSMISSION SERVICES; VIDEO BROADCASTING; TRANSMISSION OF VOICE, DATA, IMAGES, SIGNALS, MESSAGES AND INFORMATION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 1-16-2007; IN COMMERCE 1-16-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,552,950.

SEC. 2(F).

SN 78-725,329, FILED 10-3-2005.

MARK RADEMACHER, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# NETFLIX

**Reg. No. 4,788,783**

**Registered Aug. 11, 2015**

**Int. Cls.: 9, 38 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

NETFLIX, INC. (DELAWARE CORPORATION)
100 WINCHESTER CIRCLE
LOS GATOS, CA 95032

FOR: SOFTWARE FOR STREAMING AUDIOVISUAL AND MULTIMEDIA CONTENT VIA THE INTERNET AND GLOBAL COMMUNICATIONS NETWORKS; SOFTWARE FOR STREAMING AUDIOVISUAL AND MULTIMEDIA CONTENT TO MOBILE DIGITAL ELECTRONIC DEVICES; SOFTWARE FOR SEARCHING, ORGANIZING, AND RECOMMENDING MULTIMEDIA CONTENT; COMPUTER SOFTWARE, NAMELY, SOFTWARE DEVELOPMENT TOOLS FOR CREATING SOFTWARE AND MOBILE APPLICATIONS; HARDWARE FOR STREAMING AUDIOVISUAL AND MULTIMEDIA CONTENT VIA THE INTERNET AND GLOBAL COMMUNICATIONS NETWORKS, NAMELY, DIGITAL MEDIA STREAMING DEVICES, DIGITAL VIDEO RECORDERS, DVD AND HIGH DEFINITION VIDEO DISC PLAYERS, HOME THEATER SYSTEMS COMPRISED OF AUDIO AND VIDEO RECEIVERS AND DISC PLAYERS; TELEVISIONS, AND TELEVISION SET-TOP BOXES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-1-2014, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 04/14/1998.; IN COMMERCE 7-1-2014, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 04/14/1998..

FOR: STREAMING OF AUDIOVISUAL AND MULTIMEDIA CONTENT VIA THE INTERNET; TRANSMISSION AND DELIVERY OF AUDIOVISUAL AND MULTIMEDIA CONTENT VIA THE INTERNET; VIDEO-ON-DEMAND TRANSMISSION SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 7-1-2014, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 04/14/1998.; IN COMMERCE 7-1-2014, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 04/14/1998. .

FOR: ENTERTAINMENT AND EDUCATIONAL SERVICES, NAMELY, PROVIDING NON-DOWNLOADABLE MOVIES AND TELEVISION SHOWS VIA A VIDEO-ON-DEMAND SERVICE, AS WELL AS INFORMATION, REVIEWS, AND RECOMMENDATIONS REGARD-



Director of the United States
Patent and Trademark Office

**Reg. No. 4,788,783** ING MOVIES AND TELEVISION SHOWS; PROVIDING A WEBSITE FEATURING NON-DOWNLOADABLE TELEVISION SHOWS, MOVIES, AND MULTIMEDIA ENTERTAINMENT CONTENT, AS WELL AS INFORMATION, REVIEWS, AND RECOMMENDATIONS REGARDING TELEVISION SHOWS, MOVIES, AND MULTIMEDIA ENTERTAINMENT CONTENT, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-1-2014, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 04/14/1998.; IN COMMERCE 7-1-2014, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 04/14/1998..

OWNER OF U.S. REG. NOS. 2,552,950, 4,236,137 AND OTHERS.

THE COLOR(S) RED IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "NETFLIX" IN A STYLIZED FONT IN THE COLOR RED.

SER. NO. 86-361,221, FILED 8-8-2014.

LAURA FIONDA, EXAMINING ATTORNEY

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at**  http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,715,384**

**Registered Mar. 04, 2025**

**Int. Cl.: 9, 16, 18, 21, 25, 28**

**Trademark**

**Principal Register**

Netflix, Inc.  (DELAWARE CORPORATION)
121 Albright Way
Los Gatos, CALIFORNIA 95032

CLASS 9: Downloadable software for streaming audiovisual and multimedia content via the internet and global communications networks; Downloadable software for streaming audiovisual and multimedia content to mobile digital electronic devices; Downloadable software for searching, organizing, and recommending multimedia content; Downloadable computer software for purchasing, accessing, and viewing movies, TV shows, videos, and multimedia content; Downloadable computer software featuring learning activities for children; Downloadable mobile applications for accessing and streaming audiovisual and multimedia content via the internet and global communications networks; Downloadable video game software; Downloadable computer game software; downloadable computer games; Downloadable interactive video game programs; downloadable computer game software for use with mobile telephones, tablets and personal computers; Downloadable electronic game programs; Downloadable electronic game software for mobile telephones, tablets, personal computers, and handheld electronic devices; downloadable motion pictures and television shows featuring fiction and non-fiction stories on a variety of topics provided via a video-on-demand service; downloadable entertainment software for viewing audiovisual and multimedia entertainment content and related entertainment information for use with mobile devices downloaded via the internet and wireless devices; downloadable motion pictures and television shows in the fields of action adventure, animation, anime, biography, classics, comedy, crime, documentary, drama, faith, family, fantasy, film-noir, history, horror, international, musical, mystery, romance, science fiction, sports, thrillers, war, and westerns; audiobooks featuring fiction and non-fiction stories on a variety of topics; audio and visual recordings featuring music, stories, dramatic performances, non-dramatic performances, live-action entertainment, animated entertainment, learning activities for children, and games; musical recordings; apparatus for recording, transmission or reproduction of sound and images; downloadable audio and video recordings featuring music, music performances, and

_Cole Mayo Srunt_

Acting Director of the United States Patent and Trademark Office



music videos; downloadable podcasts in the field of entertainment; downloadable electronic newsletters in the field of entertainment; digital media streaming devices; sunglasses

FIRST USE 6-30-2016; IN COMMERCE 6-30-2016

CLASS 16: Blank journal books; folders; pens; ballpoint pens; felt pens; notebooks; notepads; composition books; appointment books; coffee table books related to television series

FIRST USE 10-3-2023; IN COMMERCE 10-3-2023

CLASS 18: All-purpose carrying bags; all-purpose sport bags; backpacks; beach bags; overnight bags; tote bags

FIRST USE 6-10-2021; IN COMMERCE 6-10-2021

CLASS 21: Beverageware; drinking vessels; sports bottles sold empty

FIRST USE 10-28-2024; IN COMMERCE 10-28-2024

CLASS 25: Clothing, namely, bottoms, coats, infant wear, jackets, jerseys, joggers, loungewear, pants, pullovers, shirts, shorts, sweaters, sweatpants, sweatshirts, t-shirts, tops

FIRST USE 6-10-2021; IN COMMERCE 6-10-2021

CLASS 28: Board games; card games

FIRST USE 2-23-2021; IN COMMERCE 2-23-2021

The color(s) red and dark red are claimed as a feature of the mark.

The mark consists of a stylized letter "N" in red and dark red. The letter "N" is shaded so that the red diagonal portion of the "N" appears in the foreground and the dark red vertical portions of the "N" appear in the background.

SER. NO. 90-380,341, FILED 12-14-2020

Page: 2 of 3 / RN # 7715384

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,272,903**

**Registered Aug. 22, 2017**

**Int. Cl.: 9, 38, 41**

**Service Mark**

**Trademark**

**Principal Register**

Netflix, Inc. (DELAWARE CORPORATION)
100 Winchester Circle
Los Gatos, CA 95032

CLASS 9: Software for streaming audiovisual and multimedia content via the internet and global communications networks; software for streaming audiovisual and multimedia content to mobile digital electronic devices; software for searching, organizing, and recommending multimedia content; software development tools for creating software and mobile applications

FIRST USE 6-20-2016; IN COMMERCE 6-20-2016

CLASS 38: Streaming of audiovisual and multimedia content via the Internet; transmission and delivery of audiovisual and multimedia content via the Internet; video-on-demand transmission services

FIRST USE 6-20-2016; IN COMMERCE 6-20-2016

CLASS 41: Entertainment and educational services, namely, providing non-downloadable movies and television shows via a video-on-demand service, as well as information, reviews, and recommendations regarding movies and television shows; providing a website featuring non-downloadable television shows, movies, and multimedia entertainment content, as well as information, reviews, and recommendations regarding television shows, movies, and multimedia entertainment content

FIRST USE 6-20-2016; IN COMMERCE 6-20-2016

The color(s) red is/are claimed as a feature of the mark.

The mark consists of a stylized letter "N" shaded so that the lighter red diagonal portion of the "N" appears in the foreground and the darker red vertical portions of the "N" appear in the background.

SER. NO. 87-975,455, FILED 06-20-2016
JOSETTE MICHE BEVERLY, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# BRIDGERTON

**Reg. No. 7,706,599**

**Registered Feb. 25, 2025**

**Int. Cl.: 3, 9, 14, 16, 18, 21, 24, 25, 26, 28, 30, 41**

**Service Mark**

**Trademark**

**Principal Register**

Netflix Studios, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
5808 W. Sunset Blvd.
Los Angeles, CALIFORNIA 90028

CLASS 3: Bath and shower gels; bath gel; body scrub; bubble bath; deodorant soap; facial scrub; liquid bath soaps; non-medicated face and body soaps; skin soap; blush; body glitter; concealers for face; cosmetics; eye liner; eye shadow; lip balms and lip gloss; lipstick; make-up kits comprised of lipstick, lip gloss, eyeshadows, eyeliner, blushes; make-up powder; mascara; nail glitter; nail polish; pencils for cosmetic use; temporary tattoo transfers for use as cosmetics; body powder; face and body lotion; skin creams; skin lotions; cologne; fragrances; perfume; scented body spray; scented room spray

FIRST USE 12-9-2021; IN COMMERCE 12-9-2021

CLASS 9: Audio and visual recordings featuring dramatic motion pictures, television shows, stories, related music and games; audio recordings featuring dramatic music, stories, performances, and related games; CDs and DVDs featuring dramatic music, stories, and performances from and related to dramatic motion pictures and television shows; downloadable audio and video recordings featuring music, television soundtracks, music performances, and music videos; downloadable ringtones and sound recordings featuring music, all for wireless communication devices; musical recordings; accessories for mobile phones, namely, cases

FIRST USE 12-25-2020; IN COMMERCE 12-25-2020

CLASS 14: Charms for keychains; key chains; key rings; imitation jewelry; jewelry boxes and cases; jewelry charms; jewelry; ornamental lapel pins; precious and semi-precious stones

FIRST USE 11-15-2022; IN COMMERCE 11-15-2022

CLASS 16: Printed appointment books; blank journal books; printed daily planners; printed diaries; envelopes; printed notebooks; printed notepads; paper; rubber stamps; stationery; art prints; arts and crafts paint kits; printed coloring books; pencils; non-magnetically encoded gift cards; paper napkins; paper party decorations; printed invitations; printed advent calendars; printed calendars; decals and stickers for use as home décor; decals; stickers; printed posters; printed activity books for adults; printed

Acting Director of the United States Patent and Trademark Office



coffee table and art books related to a dramatic series

FIRST USE 3-2-2022; IN COMMERCE 3-2-2022

CLASS 18: All-purpose carrying bags; backpacks; book bags; handbags; pocketbooks; purses; satchels; waist packs; animal collars; animal leashes; business card cases; coin purses; pet clothing; wallets

FIRST USE 3-3-2022; IN COMMERCE 3-3-2022

CLASS 21: Bakeware; bowls; beverage glassware; beverageware; cake stands; coffee cups; cups; dinnerware; dishes; drinking vessels; mugs; paper plates; plastic dishes; plates; fitted picnic baskets; picnic baskets sold empty; serving trays; serving ware for serving food; tea kettles, non-electric; tea sets; tea cups; tea infusers; tea strainers; candle holders not of precious metal; decorative plates

FIRST USE 3-3-2022; IN COMMERCE 3-3-2022

CLASS 24: Cloth coasters; cloth doilies; fabric table runners; handkerchiefs of textile; household linen; table linen not of paper; table napkins of textile; textile tablecloths; wall hangings of textile; bed blankets; bed linen; bed pads; bed sheets; bed skirts; bed spreads; comforters; quilts; duvet covers; duvets; pillow covers; pillowcases; throws; towels; bath towels

FIRST USE 5-16-2024; IN COMMERCE 5-16-2024

CLASS 25: Clothing, namely, bathrobes, blouses, bottoms, coats, cover-ups, dresses, gloves, gowns, hoodies, jackets, lingerie, loungewear, pajamas, pants, ponchos, pullovers, scarves, shirts, sleepwear, sweaters, sweatshirts, t-shirts, tops, underwear, footwear; headwear, namely, caps, hats; costume accessories, namely, novelty headwear with integrated wigs; Halloween and masquerade costumes; cosplay costumes

FIRST USE 3-3-2022; IN COMMERCE 3-3-2022

CLASS 26: Barrettes; decorative backpack charms; decorative charms for mobile phones; hair bows; hair clips; hair pins; hair scrunchies; hair ties

FIRST USE 5-16-2024; IN COMMERCE 5-16-2024

CLASS 28: Bobblehead dolls; plastic toy figurines; plush toys; toy figures; board games; card games; memory games; playing cards; croquet set; lawn games, namely, croquet sets; paper party favors; balloons; pet toys; puzzles

FIRST USE 4-1-2022; IN COMMERCE 4-1-2022

CLASS 30: Bakery goods; biscuits; bread; brownie and cake mixes; candy; chocolate; coffee; tea; coffee or cocoa-based beverages; cookies; cookie mixes; frozen confections; ice cream; muffins

FIRST USE 3-15-2022; IN COMMERCE 3-15-2022

CLASS 41: Provision of entertainment information via a website; arranging, organizing, conducting, and hosting social entertainment events; organizing and conducting entertainment events in the nature of cultural and arts events, galas, dance events, balls, and social entertainment events; entertainment services in the nature of conducting exhibitions and conventions concerning television and television characters; entertainment services in the nature of live theatrical, musical and comedic performances; providing interactive, experiential, and immersive audience participation events and recreational activities for social entertainment purposes, namely, obstacle courses, shows, live music experiences, live treasure hunt games, drive-in and walk-through interactive special events in the field of motion pictures and television shows, special events at an amusement park, and annual holiday special events; presenting live

cosplay entertainment events; providing online music, not downloadable

FIRST USE 3-30-2022; IN COMMERCE 3-30-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-495,016, FILED 01-28-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.  See  15  U.S.C.  §§1058, 1141k.  If  the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees  and  requirements  for  maintaining  registrations  are  subject  to  change.  Please  check  the USPTO  website  for  further  information.  With  the  exception  of  renewal  applications  for  registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A  courtesy  e-mail  reminder  of  USPTO  maintenance  filing  deadlines  will  be  sent  to  trademark owners/holders  who  authorize  e-mail  communication  and  maintain  a  current  e-mail  address  with  the USPTO.  To  ensure  that  e-mail  is  authorized  and  your  address  is  current,  please  use  the  Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# LADY WHISTLEDOWN

**Reg. No. 7,827,762**
**Registered Jun. 10, 2025**
**Int. Cl.: 16, 21, 25**
**Trademark**
**Principal Register**

Netflix Studios, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
5808 W. Sunset Blvd.
Los Angeles, CALIFORNIA 90028

CLASS 16: Envelopes; printed notepads; paper; stationery; pencils; gift wrapping paper; decals; stickers

FIRST USE 12-1-2023; IN COMMERCE 12-1-2023

CLASS 21: beverage glassware; beverageware; coffee cups; cups; drinking cups; drinking vessels; mugs; tea cups

FIRST USE 8-14-2024; IN COMMERCE 8-14-2024

CLASS 25: Clothing, namely, shirts, sweaters, t-shirts, tops

FIRST USE 7-18-2024; IN COMMERCE 7-18-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON EUROPEAN UNION APPLICATION NO. 018728341, FILED 07-06-2022

SER. NO. 97-980,003, FILED 12-21-2022



Acting Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.