**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NETFLIX, INC., NETFLIX STUDIOS, LLC, NETFLIX US, LLC, AND NETFLIX WORLDWIDE ENTERTAINMENT, LLC,

        Plaintiffs,

      v.

GOOD VIBES DECORATE, et al.,

        Defendants.

Case No. 26-cv-03688

**Judge Jorge L. Alonso**

**Magistrate Judge Laura K. McNally**

**PLAINTIFFS' MOTION FOR
CORRECTED FINAL DEFAULT JUDGMENT ORDER [50]**

Pursuant to Federal Rule of Civil Procedure 60(a), Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC (collectively, "Netflix" or "Plaintiff"), moves this Honorable Court to correct a clerical error in the Final Default Judgment Order [50] (the "Order"). Specifically, the Order, as entered on the docket on May 28, 2026, omits Paragraph 4, which identified awarded profits against certain Defaulting Defendants. [50]. As such, Plaintiff respectfully requests that a corrected order be entered on the docket.

Accompanying this motion, Plaintiff submits to the Court a revised Final Default Judgment Order incorporating the above correction.

Dated this 2nd day of July 2026.

Respectfully submitted,

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiffs Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiffs Netflix, Inc., Netflix Studios, LLC, Netflix US, LLC, and Netflix Worldwide Entertainment, LLC*

3